# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-2141

_____

Clyde E.L. Mansfield,

           Appellant,

v.

Marty C. Anderson,

           Appellee.

\*
\*
\*
\*
\* Appeal from the United States
\* District Court for the
\* Western District of Missouri.
\*
\* [UNPUBLISHED]
\*

_____

Submitted: November 10, 2009
Filed:  November 16, 2009

_____

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Federal inmate Clyde Mansfield appeals the district court's[1] dismissal without prejudice of his petition for a writ of habeas corpus filed under 28 U.S.C. § 2241. Upon de novo review, see Mitchell v. U.S. Parole Comm'n, 538 F.3d 948, 951 (8th Cir. 2008) (per curiam), we agree with the district court that dismissal was proper. Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

[1]The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable James C. England, United States Magistrate Judge for the Western District of Missouri.